# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 142 EAL 2015
:
          Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
FRANCIS O'NEILL, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.